UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST GROCERY ASSOCIATION, an Oregon non-profit organization, the WASHINGTON FOOD INDUSTRY ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BURIEN, a noncharter municipality,<br><br>Defendant. | Case No.  2:21-cv-203<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**<br><br>**[FED. R. CIV. 7.1; L.C.R. 7.1]** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiffs Northwest Grocery Association and the Washington Food Industry Association, through their undersigned counsel of record, state that neither association has any parent corporation or any publicly held corporation which owns ten percent or more of its stock; no member or owner in a joint venture or limited liability corporation (LLC); no partners in a partnership or limited liability partnership (LLP); and no corporate members as indicated in the Local Rule.

DATED:  February 17, 2021

STOEL RIVES LLP

*/s/ Adam S. Belzberg*
Adam S. Belzberg, WSBA No. 41022
Vanessa Soriano Power, WSBA No. 30777
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email:  adam.belzberg@stoel.com
        vanessa.power@stoel.com

William F. Tarantino (Pro Hac Vice Pending)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Email: wtarantino@mofo.com

Tritia M. Murata (Pro Hac Vice Pending)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017-3543
Telephone: (213) 892-5200
Email: tmurata@mofo.com

Attorneys for Plaintiffs